UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  :
                                          :
                                          :
V.                                        :
                                          :          Cr. No. 21-mj-05335-JGD
                                          :
PATRICK O'HEARN              :


ASSENTED TO MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

The defendant Partick O'Hearn, through his attorney of record,  respectfully requests the

Court to modify the his condition of release that restricts travel within the District of

Massachusetts to include travel within the Eastern District of New York and states in support

thereof the following:

The defendant has obtained a responsible position of employment with major restaurant

group. Although his major function will be at the Boston location, the headquarters is located in

New York City where there are a number of the company's restaurant locations. As a condition

of Mr. O'Hearn's employment, he must travel to and from headquarters and the NYC restaurants

to receive training and to train others in all facets of the restaurant operation.

Mr. O'Hearn has a lengthy background in restaurant service, operation, and management

which was instrumental in his selection to be involved in the opening of the restaurant's Boston

location in the financial district.

Probation indicated to counsel that Mr. O'Hearn has been in total compliance with his

current terms and conditions of release.

Mr. O'Hearn has discussed this request with his pretrial services officer, and counsel has

conferred with Probation and with the Government. Each assents to this motion.

Wherefore, Patrick O'Hearn respectfully requests the Court to modify his condsitions of release to include travel to the Eastern District of New York

Respectfully submitted,
PATRICK O'HEARN
By his attorney,

*/s/ James J. Cipoletta*

_____

James J. Cipoletta
MA Bar No. 084260
Citizens Bank Building
385 Broadway - Suite 307
Revere, MA 02151
Telephone 781.289.7777
jim@cipoletta.com

January 10, 2022

_____

*Certificate of Service*

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ James J. Cipoletta*