UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | |
| | : | Cr. No. 21-10208-NMG |
| | : | |
| PATRICK O'HEARN | : | |

DEFENDANT'S MOTION TO TRAVEL

The defendant Patrick O'Hearn, through his attorney of record, respectfully requests the Court to grant him leave to travel to Tampa, Florida for a family vacation from April 11, 2022 to April 15, 2022. He will be meeting his sister in Tampa and will be staying at the provided to the Probation Department.

Further, the defendant states that he has been in full compliance with all the terms and conditions of his release and that the Court has seen fit to expand his travel to include New York.

The government and probation have been contacted and each takes no position on this request.

Wherefore: The defendant requests the Court to grant permission to travel.

                                                        Respectfully submitted,
                                                        PATRICK O'HEARN
                                                        By his attorney,

                                                        */s/ James J. Cipoletta*
                                                        _____
                                                        James J. Cipoletta
                                                        MA Bar No. 084260
                                                       Citizens Bank Building
                                                       385 Broadway - Suite 307
                                                       Revere, MA 02151
                                                       Telephone 781.289.7777
                                                       jim@cipoletta.com

April 7, 2022

*Certificate of Service*

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ James J. Cipoletta*
