UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                        CR. NO. 21-10208-NMG

PATRICK O'HEARN

MOTION TO CONTINUE HEARING

The defendant, Patrick O'Hearn, respectfully requests the Court to continue the hearing scheduled for August 9, 2022 and sets forth as reasons therefor as follows:

1. This matter came on for hearing on August 3, 2022 upon the petition of the probation department for revocation of the defendant's pretrial release. After some oral argument, the hearing was continued to August 9, 2022 for the purpose of allowing the government to receive and obtain further information concerning the random drug tests taken by Mr. O'Hearn and other medications that might cause a false-positive result for illicit drugs.

2. On this date probation has informed defense counsel and the government that the lab requires " 7 to 10 days to reprocess, interpret, and provide a written summary of their findings regarding the medication list and the results."

3. In the interim, the defense has requested the name and credentials of the expert witness to be called by the government at the hearing. The defense is not yet in possession of that information.

4. In order that the defendant's rights be scrupulously protected, the defense is entitled to sufficient advance notice of the evidence the government and probation intend to rely upon at the violation hearing as well as the name and qualifications of its expert witness.

Wherefore: In view of the foregoing, the defendant respectfully requests the hearing scheduled

for August 9, 2022 be continued until the lab reports have been received and the requested

information regarding expert witnesses has been provided and reviewed by the defense.

Respectfully submitted,
By his attorney,


/s/ *James J. Cipoletta*

_____

James J. Cipoletta
MA Bar No. 084260
385 Broadway
Revere, MA 02151
Telephone 781.289.7777
E: jim@cipoletta.com

August 8, 2022

*Certificate of Service*

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ James J. Cipoletta*
