PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

    vs.

 Patrick O'Hearn                                          Docket No. 0101 1:21CR10208-NMG

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Patrick O'Hearn , who was placed under pretrial release supervision by the Honorable Judith G. Dein, on 8/9/2021 under the following conditions:

1. The defendant must not violate federal, state, or local law while on release.
2. The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.
3. The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change or residence or telephone number.
4. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.
5. The defendant must sign an Appearance Bond, if ordered.
6. The defendant must submit to supervision by and report for supervision to the Probation and Pretrial Services as directed.
7. The defendant must surrender any passport to Probation and Pretrial Services.
8. The defendant must not obtain a passport or other international travel document.
9. The defendant must abide by the following restrictions on personal association, residence or travel: to the District of Massachusetts.
10. The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: co-defendants and defendants in related cases (U.S. v Reshat Alkayisi et al), except in the presence of counsel.
11. The defendant must not possess a firearm, destructive device, or other weapon.
12. The defendant must not use alcohol excessively.
13. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defines in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
14. The defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
15. The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

1

16. The defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
17. The defendant must comply with the conditions of drug in-patient program and provide Probation with access to treatment records to assess completion. Defendant is to pay for drug in-patient with own insurance. Upon completion of program, defendant must appear in Court (TBD) to assess conditions of release. Arrest warrant in abeyance will be issued as to defendant.

On June 22, 2022, the U.S. Probation Office filed a Petition for Action on Conditions of Pretrial Release informing the Court of multiple positive drug tests following the defendant's release from custody. Those drug test results are referenced below.

On May 23, 2022, Mr. O'Hearn submitted a urine specimen for testing which returned positive for the presence of Amphetamines. This drug test result was sent to the National Lab where it was confirmed positive for the presence of Amphetamine and D-Methamphetamine.

On June 2, 2022, Mr. O'Hearn submitted a urine specimen for testing which returned positive for the presence of Amphetamines. This drug test result was sent to the National Lab where it was confirmed positive for the presence of Amphetamine and D-Methamphetamine.

On June 6, 2022, Mr. O'Hearn submitted a urine specimen for testing which returned a presumptive positive for the presence of Amphetamines and Methamphetamine. This drug test result was sent to the National Lab where it was confirmed positive for the presence of Amphetamine and D-Methamphetamine.

On June 15, 2022, Mr. O'Hearn submitted a urine specimen for testing which returned a presumptive positive for the presence of Amphetamines and Methamphetamine. This drug test result was sent to the National Lab where it was confirmed positive for the presence of Amphetamine and D-Methamphetamine.

On July 21, 2022, the U.S. Probation Office files a 2nd Petition for Action on Conditions of Pretrial Release informing the Court of subsequent positive drug tests that the U.S. Probation Office had become ware of since June 22, 2022. Those drug tests results are referenced below.

On June 24, 2022, Mr. O'Hearn submitted a urine specimen for testing which returned positive for the presence of Amphetamines. This drug test result was sent to the National Lab where it was confirmed positive for the presence of Amphetamine and D-Methamphetamine.

On July 7, 2022, Mr. O'Hearn submitted a urine specimen for testing which returned positive for the presence of Amphetamine. This drug test result was sent to the National Lab where it was confirmed positive for the presence of Amphetamine and D-Methamphetamine.

On July 13, 2022, Mr. O'Hearn submitted a urine specimen for testing which returned positive of the presence of Amphetamine. This drug test result was sent to the National Lab where it was confirmed positive for the presence of Amphetamine and D-Methamphetamine.

2

And respectfully seeks action by the Court and for cause as follows:

On July 22, 2022 and July 29, 2022, Mr. O'Hearn missed his scheduled treatment session with the Hope House.

On July 29, 2022, Mr. O'Hearn submitted a urine screen for testing which returned positive for the presence of Amphetamine. This test specimen was sent to the National Lab for further conformation and the results are pending.

Evidence in support of these violations include local and national drug test results.

Mr. O'Hearn continues to adamantly deny any illicit substance use, specifically the use of Methamphetamine.

On August 1, 2022, Mr. O'Hearn appeared before Your Honor for a Show Cause Hearing. During this hearing, it was ordered that the U.S. Probation Office seek further confirmation from the National Lab regrading the medications that Mr. O'Hearn is presently prescribed, considering defense counsel's argument that these medications were related to a positive result for Methamphetamine.

On August 15, 2022, the National Lab's interpretation report dated August 14, 2022 was provided to all parties. The content of this report confirms that none of the medications that Mr. O'Hearn reported to be taking would return a positive result for Methamphetamine.

In light of the former and new violation conduct, Mr. O'Hearn's continued denial of illicit substance use, and the findings of the interpretation report, the U.S. Probation Office is respectfully requesting that the Court schedule a show cause hearing as soon as possible.

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a warrant.
☐ Issue a summons for the defendant to appear for a show cause hearing.
☐ Other: Schedule a show cause hearing

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 8/15/2022                  Place: Boston, Massachusetts


 /s/ Taylor Wertz                       Date: 8/15/2022
Taylor Wertz
Sr. U.S. Probation Officer

3

ORDER OF COURT

☐ Warrant to issue.
☐ Summons to issue. Clerk to schedule show cause hearing.
☒ Other:

Considered and ordered this **Aug 30, 2022** day of _____, 2022, and ordered filed and made part of the record in the above case.

*Judith Gail Dein*
Judicial Officer

4