## DECLARATION OF LAUREN GEORGE

1. I am an Auditor employed by the United States Attorney's Office in the District of Massachusetts, currently assigned to the Narcotics and Money Laundering Unit. As part of my employment, I conduct financial investigations in support of ongoing criminal investigations.

2. Beginning in or around December 2020, I began assisting with an investigation led by the Federal Bureau of Investigation ("FBI") involving the distribution of methamphetamine in and around Massachusetts. This investigation ultimately led to the prosecution of Reshat Alkayisi and others (including Patrick O'Hearn) in United States v. Alkayisi, et al., Cr. No. 21-10208-NMG.

3. My primary role during the investigation was to aid criminal investigators by conducting financial investigations of individuals suspected of drug trafficking activities to determine whether those individuals were involved in money laundering and to determine whether they had financial assets that could be subject to seizure and forfeiture. Throughout the investigation, I caused several grand jury subpoenas to be issued which requested financial information relating to various targets of the investigation, who had been identified and conveyed to me by the investigating agents.

4. As part of any financial investigation that I conduct, I arrange for the criminal investigators to provide me with any information relating to financial assets that are uncovered during the investigation. I then pursue these leads by causing grand jury subpoenas to be issued to those financial institutions to determine what, if any, assets are being maintained at the institution. I also review records of transactions that went through each institution to identify other individuals who may be participating in the illegal activities, to develop evidence of money laundering, and to identify any additional assets that may be subject to forfeiture.

5. With respect to banks, I have developed a form grand jury subpoena attachment that asks for a variety of records including, among other things, records relating to whether the individual(s) under investigation lease safe deposit boxes. Specifically, this form request provides for production of the following:

> **SAFE DEPOSIT RECORDS:** Including contracts, access records, records of rental fees paid, date paid and method of payment (cash or check), checks used to pay rental fee.

6. My practice is to include this provision in grand jury subpoenas to banks as a matter of course in order to identify any safe deposit boxes that a subject or a target of investigation may maintain, as I know from personal experience that individuals engaged in illegal activities (such as drug traffickers and money launderers) often store cash proceeds and other items of value obtained from their illegal activities in safe deposit boxes in an attempt to conceal such assets from law enforcement.

7. After I receive the records from the various financial institutions, I analyze the records and share those results with the investigators and prosecutors so as to determine future investigatory steps, including but not limited to, obtaining and executing search and seizure warrants.

8. Pursuant to my involvement in the investigation, I was aware that investigating agents executed a search warrant at the residence of Patrick O'Hearn on July 8, 2021. After the search warrant was executed, the investigating agents informed me of the results of the search and that drugs and suspected drug proceeds had been recovered. The investigating agents also advised me that they observed numerous financial records throughout the residence and asked me (as they had done throughout this investigation) to review the financial records and conduct a more fulsome financial investigation relating to O'Hearn. The investigating agents shared with me the

photographs taken during the execution of the search warrant, which included numerous bank statements, deposit slips, and other financial records.

9. Based on my review of the financial records depicted in the search warrant photographs, I identified financial accounts held by Patrick O'Hearn at more than twenty-five (25) different financial institutions. Accordingly, I caused grand jury subpoenas to be issued to the various financial institutions identified. In connection with each of these grand jury subpoenas, I drafted attachments that detailed the scope and types of financial records that I was requesting. While the language varied somewhat depending on the type of financial institution being subpoenaed (*i.e.*, traditional banking institution, investment institution, peer-to-peer payment processor), the language included in like-type financial institutions remained the same and was consistent with my standard operating procedures for all financial investigations. The standard language included for the traditional banking institutions requested records for various types of accounts, and included the standard request for safe deposit box records set forth above in paragraph 5.

10. Among the search warrant photographs that I was provided by agents were deposit slips from TD Bank and a TD Bank debit card held in the name of Patrick O'Hearn. (Copies of these photographs are attached to this declaration.) As a result, I prepared a standard grand jury subpoena attachment for TD Bank and a grand jury subpoena was issued.

11. I also learned from the investigating agents that they had recovered safe deposit box keys (which were also depicted in the search warrant photographs provided to me) and that Mr. O'Hearn had indicated during an interview on the day of the search that at least one of the keys might be associated with a safe deposit box held at a TD Bank branch location either in Norwell, MA or Quincy, MA. Given this information, on July 9, 2021, I requested an expedited

subpoena return from TD Bank, specifically with respect to information pertaining to a safe deposit box. The TD Bank subpoena processing department complied with my expedited request and responded the same day, informing me that Patrick O'Hearn was the current owner of safe deposit box #138 located in Hingham, MA. I shared this information with the criminal investigators as well as the result of my preliminary financial investigation. I understand that this information ultimately was included in a search warrant affidavit for safe deposit box #138.

12.     Had I not received the information relating to this safe deposit box from TD Bank in response to my expedited request, we would have received the same information when TD Bank responded to the remainder of the requests set forth in the grand jury subpoena attachment. On August 27, 2021, TD Bank subpoena processing department produced responsive records, including records related to the safe deposit box #138, as well as checking account records and records pertaining to an additional safe deposit box that Mr. O'Hearn had previously maintained in Weymouth, MA, but had since closed. If this additional safe deposit box had not been closed, I would have recommended that investigators obtain a search warrant for that box based upon the information known at the time as well as my ongoing financial investigation. Similarly, if we had only learned of the existence of Safe Deposit Box 138 at the time that the remainder of the records had been produced (rather than on an expedited basis), I would have immediately have recommended to investigators that they obtain a search warrant safe deposit box #138 (based upon the same information that was set forth in the search warrant affidavit executed in support of the search warrant for that safe deposit box).

13.     Throughout July and August 2021, I received and analyzed grand jury responses from the various financial institutions, including, but not limited to TD Bank, that I had previously identified during my review of the O'Hearn search warrant photographs. I identified additional

4

safe deposit boxes maintained by Mr. O'Hearn, including one at Hingham Institute for Savings, which had been closed in November 2019, and another at South Shore Bank in Braintree, MA that remained open. I shared this information with criminal investigators along with the results of my ongoing financial analysis of Mr. O'Hearn's activities. With this information, agents obtained and executed a search warrant at Mr. O'Hearn's safe deposit box held at South Shore Bank on September 3, 2021.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1726.

Executed on October 5, 2023.

*Lauren George*
Lauren George
Auditor
U.S. Attorney's Office
District of Massachusetts

**TD Bank**
America's Most Convenient Bank®

04/16/21   20:26   TW03A389

405 FRANKLIN STREET
BRAINTREE, MA USA

Application ID
**US DEBIT**

RECORD NO.                     0354
DEPOSIT
TO  Checking              $1,325.00
AVAIL BAL:                $1,584.20

Cash Deposited:    1 of $100      $100.00
Total Cash Deposit:               $100.00

Checks Deposited:  1 of 1       $1,225.00
Total Check Deposit:            $1,225.00

Total Deposit Amount:           $1,325.00

---

RECORD NO.                     0355
DEPOSIT
TO  Checking                $880.00
AVAIL BAL:                $2,464.20

Cash Deposited:    4 of $100      $400.00
                   2 of $50       $100.00
                  13 of $20       $260.00
                  12 of $10       $120.00
Total Cash Deposit:               $880.00

Total Deposit Amount:             $880.00

---

RECORD NO                      0356
DEPOSIT                      $98.00
TO  Checking
AVAIL BAL:                $2,562.20

Cash Deposited:    7 of $10        $70.00
                   1 of $5          $5.00
                  23 of $1         $23.00
Total Cash Deposit:                $98.00

Total Deposit Amount:              $98.00

America's Most Convenient Bank®

04/16/21   20:19   TW03A389

405 FRANKLIN STREET
BRAINTREE, MA USA

US DEBIT

RECORD NO.                          0352
DEPOSIT                        $900.00
TO  Checking
AVAIL BAL:                  $1,384.20

Cash Deposited:    3 of $100    $300.00
                   25 of $20    $500.00
                   8 of $10      $80.00
                   4 of $5       $20.00

Total Cash Deposit:            $900.00

Total Deposit Amount:          $900.00

-------------------------------

Page 1 of 1

Over 2600 ATMs
and I ended up with you












