# ATTACHMENT A



**DATE: 08/23/2021**
**Re: Patrick O'Hearn | Completion Letter**     **DOB: 11/04/1959**

To Whom It May Concern,

I am writing this letter on behalf of Patrick O'Hearn who was admitted on 08/09/2021 and completed residential treatment at Bedrock Recovery Center on 08/23/2021 BRC is an abstinence-based, solution-focused treatment center that utilizes evidence-based therapy and a 12-step immersion. BRC is an inpatient residential treatment and the length of stay for each patient is determined by clinical and medical necessity.

Patrick attended and participated in group and individual counseling to treat their severe substance use disorder, build positive relationships, and develop safe and appropriate coping skills. Additionally, Patrick was tested in a random consistent manner for drugs and alcohol.

If I can be of further assistance, please feel free to contact me directly.

Sincerely,

*Kate Haines*

**Kate Haines**
**BEDROCK RECOVERY CENTER**
*Case Manager*
*Office: (781) 302-6280*
*khaines@bedrockrecoverycenter.com*

# HOPE HOUSE INC



Has successfully completed and met all the requirements of the

## STRUCTURED OUTPATIENT ADDICTION PROGRAM

Given this day of September 14th, 2021

**Patrick O'Hearn**

_Lauren Butler MSW, LICSW_

*"You can't get clean without SOAP"*



**hope house**
addiction services

8 Farnham Street
Boston, MA 02119
617-971-9360 (p)
617-971-9366 (f)
hopehouseboston.org

**President & CEO**
Frederick W. Newton, LADCI

**Director of Operations**
Paul M. Yates

**Board of Directors**
Edward Collins, COB
Samuel Bays, Treasurer
John L.G. Archibald
David Black, Esq.
Maureen Burns
Lisa Clark
Thomas C. Duffly
Richard Dyer, Esq.
Philip A. Murphy III
John Muse
Jim Stowe
Steven A. Tolman
Raymond Wilson

Hope House is licensed by the Massachusetts Department of Public Health, Bureau of Substance Abuse Services.

9/8/2021

To Whom it May Concern

This letter is to verify that Patrick O'Hearn has signed up to receive individual therapy through the Hope House Outpatient Department. His case has been assigned and he is scheduled to begin outpatient treatment within the next several weeks.

Respectfully,

Lauren Butler MSW, LICSW
Director-Hope House Outpatient Program