# ATTACHMENT B

# Transcript for PATRICK O'HEARN

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Apr 11, 2023 | May 6, 2023 | 0.05 | 0.50 | Passed | 0 | - | Apr 30, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Apr 30, 2023 | May 20, 2023 | 0.05 | 0.50 | Passed | 100 | - | May 20, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | May 11, 2023 | May 11, 2023 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | May 20, 2023 | May 20, 2023 | 0.05 | 0.50 | Passed | 88 | - | May 20, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Oct 14, 2023 | Oct 14, 2023 | 0.1 | 1.00 | Passed | 100 | - | Oct 14, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Compressed Gas Safety | E-Learning Course | May 21, 2023 | May 21, 2023 | 0.08 | 0.75 | Passed | 86 | - | May 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Effective Management and Leadership | Learning Path - | | | - | - | Not Started | - | - | No | - | - |
| Food Service Worker: Annual Food Safety Training | E-Learning Course | May 11, 2023 | Oct 14, 2023 | 0.1 | 1.00 | Complete | 0 | - | May 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | May 21, 2023 | Jun 21, 2023 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | May 20, 2023 | Jun 21, 2023 | 0.2 | 2.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Overview of Enforcement for Occupational Exposure to Tuberculosis (TB) | E-Learning Course | May 15, 2023 | May 15, 2023 | 0.05 | 0.50 | Complete | 0 | - | May 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Overview of the Americans with Disabilities Act Topic 1: Overview of the ADA (Corrections) | E-Learning Course | May 15, 2023 | Jun 21, 2023 | 0.03 | 0.25 | Passed | 0 | - | Jun 21, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| xCorrecting performance problems | Learning Path - | | | - | - | Not Started | - | - | No | - | - |

# Central Falls Detention Facility Corporation

This is to certify that

## PATRICK O'HEARN

*Has Satisfied Basic Kitchen Standards*

Completed On

09/08/2023

_JChapKurtz_
Jonathan Chaplin Kurtz
Food Service & Commissary Director

 ARAMARK

_Michael Nessinger_
Michael Nessinger
Warden



# Central Falls Detention Facility Corporation

*This is to certify that*

## Patrick O'Hearn

*Has Satisfied Basic Kitchen Standards*

Completed On

October 14, 2024

_Michael Nessinger_
Warden

_Michael Cummings_
Food Service Director


TRINITY SERVICES GROUP, INC.

