# ATTACHMENT E

10/02/2023

Dear Judge Nathaniel Gorton,

This letter is written to express my interest in the Restorative Justice program (RJ) and also to show my support that more of these types of programs may be introduced and facilitated here at the Wyatt Detention facility.

Over the last several years, there have been several groups of detainees that were selected for the RJ program, which generated a buzz within the population. This RJ program was spearheaded by 1st circuit Judge Sorokin as a pilot program to bring members of the US Attorney's Office, Federal Public Defenders, US Probation, Victims Advocate groups, and detainees together in an effort to achieve restorative justice together in a collaborative effort. Though many detainees attempted to sign up for this program, the availability was limited. Therefore, the opportunity to participate was not given to all of us who expressed great interest.

In the meantime, those who did get selected and participated in the program brought back a wealth of useful information and learning that was shared with the rest of us. It was obvious that these individuals came back from their group meetings with a fire and passion, and this inspired many of us who wanted this same type of growing experience.

A men's group called "Building on Self Substance" (B.O.S.S.) was formed by certain detainees that participated in the RJ group sessions. This group was voluntary and open to any who wanted to be a part of the movement towards restorative justice. Currently, this group meets 1-2 times a week and consists of reading assignments, writing exercises, group "therapy style" sessions, and discussion. Within this men's group, we have been challenged to change our way of thinking, learn to discover some of our shortcomings, work towards healthier habits, build positive relationships with one another, seek new ways to better ourselves, and much more. We are discovering ways to do something productive and good, inspiring more to join as we do so.

I am one of the members that have volunteered to participate in this B.O.S.S. restorative justice men's group. I have a burning desire for more of this type of program. My intention is to inform you that something special is occurring here because of the efforts of the RJ program. Detainees are buying into these concepts and are accepting the challenge to grow, change, learn, and contribute towards the restorative justice process. I have been positively impacted by the things I am learning and, in turn, want to impact others. The motto we use a lot is: "hurt people hurt people; healed people heal people". I believe this concept wholeheartedly and seek to become fully healed by further participation, hard work, determination, and trust in the healing process.

Thank you so much for your time in reading this letter. Throughout history, huge movements have been ignited by great concepts that are coupled with the passion of the people who believe in them. Restorative justice is a great concept, and there are many of us here who believe. We hope this belief may be further extended on to others on both sides of the wall by the sharing of our experiences and expressed desire for more programs and direction.

Sincerely yours,

Patrick O'Hearn