# ATTACHMENT F



Patrick as part of his oldest niece's wedding



Patrick walking his sister, the mother of the bride, down the aisle at his oldest niece's wedding.



Patrick as a part of his youngest niece's wedding. Part of the wedding party.

