```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2

 3    UNITED STATES OF AMERICA,          )
                                         )
 4                    Plaintiff          )
                                         )  No. 1:21-cr-10208-NMG
 5    vs.                                )
                                         )
 6    RESHAT ALKAYISI, et al.,           )
                                         )
 7                    Defendants.        )
                                         )
 8                                       )
                                         )
 9


10


11          BEFORE THE HONORABLE NATHANIEL M. GORTON
                 UNITED STATES DISTRICT JUDGE
12                 Initial Pretrial Conference


13


14


15
          John Joseph Moakley United States Courthouse
16                    Courtroom No. 4
                     One Courthouse Way
17               Boston, Massachusetts 02210


18
                     December 6, 2022
19                       4:01 p.m.


20


21
               Kristin M. Kelley, RPR, CRR
22                  Official Court Reporter
          John Joseph Moakley United States Courthouse
23             One Courthouse Way, Room 3209
               Boston, Massachusetts 02210
24              E-mail: kmob929@gmail.com


25       Mechanical Steno - Computer-Aided Transcript
```

1    APPEARANCES:

2

3            Alathea E. Porter
             United States Attorney's Office MA
4            1 Courthouse Way
             Suite 9200
5            Boston, MA 02210
             617-748-3318
6            alathea.porter@usdoj.gov
             for Plaintiff.

7

8            Stanley W. Norkunas
             Stanley W. Norkunas, Esquire
9            150 Westford Road
             Unit 26
10           Tyngsborough, MA 01879
             978-454-7465
11           attyswn@msn.com
             for Emil Dzabiev.

12

13           Jean C. LaRoque
             Shea & LaRocque LLP
14           88 Broad Street
             Suite 101
15           Boston, MA 02110
             617-577-8722
16           markwshea@gmail.com
             for Reshat Alkayisi.

17

18           Adam Matthew Koppekin
             Bledstein & Koppekin, LLP
19           15915 Ventura Blvd Suite 203
             Encino, CA 91436
20           818-995-0801
             bklaw@bklaw.la
21           for Noah Tavella.

22

23

24

25

1    APPEARANCES:

2

3           James B. Krasnoo
             Krasnoo, Klehm & Falkner LLP
4           28 Andover Street, Suite 240
             Andover, MA 01810
5           978-475-9955
             jkrasnoo@kkf-attorneys.com
6           for Brian Keleman.

7

             Carlos Jorge Dominguez
8           4th Floor, Suite 400
             90 Canal Street
9           Boston, MA 02114
             617-742-2824
10          dmngzcarlos@aol.com
             for Eric Daneault.

11

12          Charles J. Keefe
             Wilson, Bush & Keefe, P.C.
13          378 Main Street
             Nashua, NH 03060
14          603-595-0007
             keefe@wbdklaw.com
15          for Andre Watson.

16

             Paul J. Garrity
17          14 Londonderry Road
             Londonderry, NH 03053
18          603-434-4106
             garritylaw@myfairpoint.net
19          for Edison Klotz.

20

             James J. Cipoletta
21          Town Attorney
             Suite 307
22          Winthrop Town Hall
             1 Metcalf Square
23          Winthrop, MA 02152
             617-846-1852
24          jcipoletta@winthropma.gov
             for Patrick O'Hearn.

25

1    APPEARANCES:

2

3            John S. Day
             Day Law Firm, P.C.
             99 Derby Street
4            Suite 200
             Hingham, MA 02043
5            781-789-3001
             jday@daylaw.com
6            for Christina Lua.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2            THE CLERK:  This is Criminal Action No. 21-10208, the
 3    United States of America versus Reshat Alkayisi, et al.
 4            Would counsel please introduce themselves for the
 5    record.
 6            MS. PORTER:  Good afternoon, your Honor.  Alathea
 7    Porter on behalf of the United States.
 8            THE COURT:  Ms. Porter, good afternoon to you.
 9            MR. KOPPEKIN:  Good afternoon, your Honor.  Adam
10    Koppekin on behalf of Mr. Tavella.  He's seated to my left.
11            THE COURT:  Mr. Koppekin, good afternoon to you.
12            MR. KRASNOO:  Good afternoon, your Honor.  James
13    Krasnoo on behalf of Brian Keleman, who's present by Zoom.
14            THE COURT:  Mr. Krasnoo, good afternoon to you.
15            MR. GARRITY:  Good afternoon.  Paul Garrity for Edison
16    Klotz.
17            THE COURT:  Mr. Garrity for Mr. Klotz, yes.
18            MR. NORKUNAS:  Stanley Norkunas for Emil Dzabiev.
19            THE COURT:  Mr. Norkunas for Mr. Dzabiev.  Is that how
20    you pronounce it?
21            MR. NORKUNAS:  You don't pronounce the D.
22            THE COURT:  Thank you.
23            MR. CIPOLETTA:  James Cipoletta on behalf of Patrick
24    O'Hearn.
25            THE COURT:  Mr. Cipoletta, good afternoon to you.
```

1          MR. DAY:  Good afternoon, your Honor.  John Day on

2    behalf of Christina Lua.  She may be on the second page toward

3    the bottom of the list.

4          THE COURT:  Mr. Day for Ms. Lua, good afternoon to

5    you.

6          MR. DOMINGUEZ:  Good afternoon, your Honor.  Carlos

7    Dominguez on behalf of Eric Daneault.

8          THE COURT:  Mr. Dominguez, good afternoon to you.

9          MR. KEEFE:  Good afternoon, your Honor.  Charles Keefe

04:01 10    on behalf of Andre Watson.

11          THE COURT:  Mr. Keefe, good afternoon to you.

12          MS. LAROQUE:  Jean LaRoque.  I'm standing in for

13    Attorney Mark Shea on behalf of Reshat Alkayisi.

14          THE COURT:  And Ms. LaRoque for Mr. Alkayisi.  All

15    right.  Would you speak one more time because I'm trying to

16    find you on the screen?

17          MS. LAROQUE:  Okay.

18          THE COURT:  Okay.  You're in what I call C1.  Trying

19    to keep track of everybody.  All right.

04:01 20          We're here on an initial pretrial conference.  Is the

21    government ready for trial, Ms. Porter?

22          MS. PORTER:  Your Honor, I believe, after some

23    discussion with counsel, that we're looking for a trial date

24    that is into the next year, probably into the summer of next

25    year based on a number of factors, one of which being

1    electronically searched data, laptops, cellphones, which were

2    seized from Mr. Alkayisi's property, there's a lot of data that

3    Mr. Alkayisi and his counsel would like to go through.  So I

4    believe based on that, as well as some issues that Mr. Keleman

5    has, that we are looking for a trial date probably starting in

6    the summertime, I would say, would be the earliest possible

7    that the parties would be prepared for trial.

8              THE COURT:  What is the approximate length of this

9    trial?  Ms. Porter?

04:01 10             MS. PORTER:  Your Honor, the current state with the

11   remaining nine defendants left in the case, I would say it

12   would likely last two to three weeks.  However, I think it is

13   unlikely that all nine remaining defendants will still be in

14   the case at the time of trial.  The government has engaged in

15   potential discussions about pretrial resolution with a number

16   of the defendants.  So I do not envision those all here today

17   will actually be there for the trial.  However, I think even

18   given the handful that I think likely are to go to trial,

19   realistically I would say the Court should schedule at least

04:01 20   two weeks.

21             THE COURT:  All right.  Do any of defense counsel wish

22   to add anything with respect to the prospects of this trial or

23   the length?  We have, I believe, nine counsel here.  Anybody

24   wish to add anything?

25             MR. KRASNOO:  Yes, your Honor.  James Krasnoo on

1    behalf of Mr. Keleman.

2          THE COURT:  Mr. Krasnoo, yes.

3          MR. KRASNOO:  Mr. Keleman has been ill and admitted to

4    the hospital four times.  They involve, chiefly, breathing and

5    heart issues.  He's currently on some medication that seems to

6    be working for the last couple of months to keep him stable,

7    but I have asked him to check with his doctor to find out

8    whether or not physically he can withstand the rigors of a

9    two-week trial.

04:01 10          So if your Honor is going to set some date in June, I

11    would suggest we monitor him at least until April and see

12    whether or not he has no medical issue that requires

13    hospitalization.  And if so, I would then ask to check with his

14    doctor and make sure that he can withstand the rigors of a two

15    week trial.

16          I'm assuming by then Ms. Porter will have secured some

17    pleas from some of the remaining defendants, cutting it down

18    from nine to perhaps four or five.  I think he needs to be

19    checked out that way.  I have read some of his medical records

04:01 20    and he has been in some danger requiring hospitalization,

21    extensive.  Some of them were just overnights more recently,

22    but there were some that required him to be a week in the

23    hospital with active treatment.

24          THE COURT:  All right.  Well, the Court will take note

25    of that.  However, if we do set a trial and if there are

1    multiple defendants left to go to trial, we will not

2    necessarily postpone the entire trial on behalf of Mr. Keleman

3    but rather go forward with the defendants who are available.

4          Why don't we pick out a date, Christine, in June.

5          MR. GARRITY:  I'm sorry, Judge.  On behalf of Edison

6    Klotz, I expect my client will be most likely entering a plea,

7    but if it does go foward to trial, I currently have a June 5

8    jury selection in trial with Judge Sorokin on a multi-defendant

9    case, and on June 20 I've got -- and my client in that case is

04:01 10    detained in state court.  I've got a June 20 rape case.  I know

11    that one is going forward to trial.

12          THE COURT:  All right.  At least at this time, you

13    mentioned you think it would be likely a plea or not?

14          MR. GARRITY:  I believe so, Judge.  I believe it's

15    heading that way.  It hasn't been confirmed as of yet, but I

16    believe it's heading that way.

17          THE COURT:  All right.  Well, I'm going to schedule a

18    trial for June, notwithstanding that your client may or may not

19    be able to go forward at that time.  Let's see what we have in

04:01 20    June, Christine.

21          THE CLERK:  Yes, Judge.  We could do, I would say at

22    the current moment June 5 or June 12 look like good options for

23    setting a trial date.

24          THE COURT:  Let's pick the earlier one because we may

25    have to postpone and you can never go the other direction.  So

1    it will be June 5.

2          MR. DOMINGUEZ:  Your Honor, if I may, Carlos

3    Dominguez.  I have a scheduled trial in June 5 with Judge

4    Sorokin.  Whether that goes forward with my guy, it's uncertain

5    at this point.  It's an eight person, similar to this, eight

6    person co-defendant case.

7          THE COURT:  It's the same one that Mr. Garrity

8    mentioned, right?

9          MR. GARRITY:  I believe so, yes, your Honor.

04:01  10          THE COURT:  Is your client detained, Mr. Dominguez?

11          MR. DOMINGUEZ:  He is.

12          THE COURT:  Anybody else have a conflict with June 5?

13          Mr. Dominguez, that trial is expected to last how

14    long?

15          MR. DOMINGUEZ:  I believe close to two weeks as well.

16          MR. KRASNOO:  I should add into that, your Honor, my

17    client has offered a plea before Judge Sorokin.  He's actually

18    engaged in the process of the presentence interview.  In the

19    event Judge Sorokin does not accept the plea, I think I'm

04:01  20    joining them for a trial June 5.  Do I think that's likely to

21    happen at all, the answer is no, but I point it out in an

22    excess of caution.

23          THE COURT:  All right.  With that in mind, I'm going

24    to delay the trial for one week.  June 12 will be the

25    empanelment date of this trial.

1          Working backwards from that, we will want in limine

2   motions, if at all, four weeks in advance of trial.  I expect

3   that would be the 15th of May if my dates are correct.  The

4   22nd of May, responses to in limine motions.

5          Three weeks before trial I will want list of witnesses

6   and exhibits from all parties on that date, three weeks ahead

7   of trial.  Objections thereto by the 29th -- or that's going to

8   be a holiday.  We'll call it the 30th of May, two weeks before

9   trial.

04:01 10          On that date, I will want proposed requests for

11   instructions to the jury, which of course can be supplemented

12   during the course of trial, a verdict form and voir dire

13   questions for the jury panel.

14          I believe those are all the variables I need to cover

15   with respect to planning for a large criminal jury trial.  Is

16   there anything else that needs to come to the Court's attention

17   with respect to scheduling this case?  Counsel?

18          MS. PORTER:  Yes, your Honor.  I'm not sure whether or

19   not any of the defendants intend to file any motions to

04:01 20   suppress, but there has not yet been a date set by the Court to

21   file any such motions.

22          THE COURT:  That should be well in advance.  What do

23   you suggest, Ms. Porter?

24          MS. PORTER:  I haven't spoken with anybody to know

25   whether or not they intend to file any, but I would imagine we

1    would want that well in advance of the dates for filing any

2    motions in limine.  So I would propose maybe a filing deadline

3    maybe some time in early February.

4              THE COURT:  That's fine.  February.

5              Christine, pick us out a Friday in February.

6              THE CLERK:  Yes, Judge.  How about Friday, February 3?

7              THE COURT:  Friday, February 3 for motions to suppress

8    with responses two weeks later by the 17th of February.  So we

9    will have resolution to any of those preliminary motions well

04:01 10    in advance.

11              Anything else?

12              MS. LAROQUE:  Attorney Shea has filed a motion for

13    cooperating witness identification.  I think he's still working

14    with the U.S. Attorney's office about that.  He has a draft of

15    a memorandum but he hasn't filed it yet.

16              THE COURT:  A motion for what?

17              MS. LAROQUE:  Identification of cooperating witnesses

18    or witness.

19              THE COURT:  Okay.  So he's going to file that

04:01 20    relatively promptly and that matter will be at issue well in

21    advance of any of these dates, right?

22              MS. LAROQUE:  Yes.

23              THE COURT:  Okay.  All right.

24              MR. KRASNOO:  Your Honor, I'm aware of Mr. Shea's

25    intended filing.  I have discussed it with him.  I would be

```
 1   joining his motion.  He's taking the lead in that but I'd
 2   probably be joining his motion as well.
 3          THE COURT:  Okay.  I need a motion to exclude all time
 4   under the Speedy Trial Act in the interest of justice, and that
 5   will be all time between today's date and the trial date, which
 6   is June 12 of 2023.  It needs to be joined in by all defendants
 7   and the government.  Who proposes to file such a motion?
 8          MS. PORTER:  Your Honor, I will file such a motion.
 9          THE COURT:  All right.  Ms. Porter will file it.  It
10   will be joined in by all nine defendants.  Am I correct?  Just
11   let me know if I'm not correct so we don't have to go through
12   all.  Anybody who does not agree with that?
13          Hearing no objections, I will get a motion from the
14   government, joined in by all nine defendants, to exclude the
15   time under the Speedy Trial Act.
16          Is there anything else that needs to come to the
17   Court's attention at this stage?
18          MS. PORTER:  Not from the government, your Honor.
19          THE COURT:  From any of the defendants?  All right.
20   Thank you, counsel.  We are adjourned.
21          (Adjourned, 4:01 p.m.)
22
23
24
25
```

1                       C E R T I F I C A T E

2

3

4    UNITED STATES DISTRICT COURT )

5    DISTRICT OF MASSACHUSETTS    )

6

7

8            I, Kristin M. Kelley, certify that the foregoing is a

9    correct transcript from the record of proceedings taken

10   December 6, 2022 in the above-entitled matter to the best of my

11   skill and ability.

12

13

14       /s/ Kristin M. Kelley                September 4, 2025

15       Kristin M. Kelley, RPR, CRR              Date
         Official Court Reporter
16

17

18

19

20

21

22

23

24

25